THE STATE OF MONTANA, PLAINTIFF, v. MARK RASK, DEFENDANT AND APPELLANT.

No. 12876.
June 29, 1976.
551 P.2d 660.

527

## ORDER

PER CURIAM:

On May 28, 1976, an order to show cause why this appeal should not be dismissed for failure to file brief was issued.

Counsel for defendant advises brief will not be filed.

IT IS THEREFORE ORDERED that this appeal be, and it hereby is, dismissed.